UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VANESSA LAMB | CIVIL DOCKET NO. 1:21-CR-01937 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| UNITED STATES COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 20], and after independent (de novo) review of the record, considering the OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc. 21], having determined that the findings in the REPORT AND RECOMMENDATION are correct under the applicable law;

IT IS ORDERED the final decision of the Commissioner is AFFIRMED and Lamb's appeal is DENIED and DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers on the 5th day of October 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE